**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02057-PAB-NYW

AVINA PAINTING WORKS, LLC, *et al.*,

    Plaintiffs,

v.

JOSEPH R. SMEDRA d/b/a U.S. PAINTING, *et al.*,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendant Joseph R. Smedra; and Defendant U.S. Painting & Design Inc. (collectively, "Defendants") Motion To Compel Response to First Set of Interrogatories and Requests for Production of Documents [#20], filed March 25, 2015 ("Motion to Compel"), and Plaintiff Avina Painting Works LLC, Roberto Avina, and Juan Francisco Flores' (collectively, "Plaintiffs") Motion to Strike Defendants' Motion to Compel [#22], filed March 31, 2015 (collectively with the "Motion to Compel," the "Motions"). Pursuant to the Order of Reference dated November 7, 2014 [#16] and the memoranda dated March 25, 2015 and April 1, 2015 [#21 & #23], the Motions are before this Magistrate Judge.

    On the record before it, the court is unable to determine whether counsel for Defendants adequately met and conferred with counsel for Plaintiffs pursuant to D.C.COLO.LCivR 7.1 prior to filing the Motion to Compel. Accordingly, IT IS ORDERED that the Motions are DENIED AS MOOT. Counsel for Defendants and counsel for Plaintiffs are directed to meet and confer as to the issues raised by the Motion to Compel no later than **April 9, 2015**. Should the parties remain unable to resolve their discovery disputes, counsel for Defendants and counsel for Plaintiffs are directed to jointly call chambers (303) 335-2600 to set a time for an informal discovery conference before the court prior to the filing of any discovery related motions.

DATED April 3, 2015.