IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-2057

AVINA PAINTING WORKS LLC;
ROBERTO AVINA; and
JUAN FRANCISCO FLORES
      Plaintiffs,

vs.

JOSEPH R. SMEDRA dba U.S. PAINTING; and US PAINTING & DESIGN INC.

      Defendants.

## PROTECTIVE ORDER

**THE COURT** having reviewed the Stipulated Motion for Protective Order and otherwise being advised, hereby approves the Motion; and

**DOES HEREBY** order that:

1. <u>Documents and Information Subject to Protective Order</u>. All documents and information identified, described, or produced by the Defendants to the Plaintiffs, or by the Plaintiffs to the Defendants, through disclosures, responses to interrogatories or requests for production, deposition testimony, other discovery requests, or otherwise, whether or not labeled as confidential (collectively referred to as the "Confidential Information"), shall be subject to and governed by the terms of this Protected Order. This protective order shall also apply to documents and information previously produced in this litigation.

2. <u>Restrictions on Disclosure and Access</u>. The Plaintiffs, Defendants or any other party receiving any Confidential Information shall not disclose the Confidential Information to any third parties, with the exception of the Court, court reporters, or attorneys, experts or consultants for the parties.

3. <u>Restrictions on Use</u>. The Confidential Information shall only be used for the purpose to assist the Plaintiffs or Defendants in this litigation and for no other purpose whatsoever. Upon conclusion of the litigation, any copies of the Confidential Information shall be destroyed or returned to the respective party.

4.  <u>Documents Filed with the Court</u>.  Any document filed with the Court by the Plaintiffs or Defendants that contains Confidential Information shall be filed as a Restricted Document pursuant to D.C.COLO.LCivR 7.2<u>, with a contemporaneous Motion to Restrict pursuant to Fed. R. Civ. P. 26(a)(7) and D.C.COLO.LCivR 7.2. Notwithstanding the foregoing, nothing in this Protective Order should be construed as an affirmative ruling that any motion to restrict will be granted, even if the Parties so stipulate.</u>

5.  <u>Survival</u>.  The provisions of this Protective Order shall survive the conclusion of this litigation and continue to be binding upon all parties. This Court shall retain and have jurisdiction over all parties for purposes of enforcing the provisions of this Order notwithstanding termination of this litigation.

Dated this <u>13</u><sup>th</sup> day of <u>April</u>, 2015.

**BY THE COURT:**

**/s/Nina Y. Wang**
**U.S. Magistrate Judge Nina Y. Wang**