# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-02057-PAB-NYW

AVINA PAINTING WORKS LLC,
ROBERTO AVINA,
JUAN FRANCISCO FLORES,

Plaintiffs,

v.

JOSEPH R SMEDRA d.b.a. U.S. PAINTING,
US PAINTING & DESIGN INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

      This civil actions comes before the court on Plaintiffs Avina Painting Works LLC, Robert Avina, and Juan Francisco Flores' (collectively, "Plaintiffs") Unopposed Motion to Amend Scheduling Order to Permit Depositions to Take Place at a Time that Does Not Conflict with Defendants' Work Schedules, filed on May 8, 2015 ("Motion"). Pursuant to the Order Referring Case dated November 7, 2014 [#16], the Reassignment dated February 10, 2015 [#17], and the Memorandum dated May 12, 2015 [#30], Plaintiffs' Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED. Accordingly, IT IS ORDERED that the discovery cut-off in this case is hereby reset to **June 5, 2015**.

DATED May 14, 2015.