**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02057-PAB-NYW

AVINA PAINTING WORKS, LLC,
ROBERTO AVINA,
JUAN FRANCISCO FLORES,

      Plaintiffs,

v.

JOSEPH R. SMEDRA,
US PAINTING & DESIGN, INC.,

      Defendants.

**MINUTE ORDER**

Minute Order Entered by Magistrate Judge Nina Y. Wang

      This matter is before the court on the Parties' Joint Motion for 21 Day Stay Pending Settlement ("Joint Motion") [#32, filed on June 3, 2015]. The court originally set a status conference to occur today at 4:30 p.m. In reviewing the Joint Motion and the docket, it appears that discovery was set to close on June 5, 2015 [#31]. The Final Pretrial Conference is currently set for July 27, 2015.

      Therefore, IT IS ORDERED that:

(1) The Joint Motion [#11] is **GRANTED IN PART and DENIED IN PART**;
(2) The Parties are instructed to file a Joint Status Report no later than **June 24, 2015** as to (a) whether the matter has been resolved; (b) whether any discovery remains outstanding; and (c) whether the Parties will be prepared to move forward with the July 27 Final Pretrial Conference; and
(3) The Status Conference set for this afternoon at 4:30 p.m. is **VACATED**.

DATED: June 9, 2015