**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02057-PAB-NYW

AVINA PAINTING WORKS LLC,
ROBERTO AVINA,
JUAN FRANCISCO FLORES,

Plaintiffs,

v.

JOSEPH R SMEDRA d.b.a. U.S. PAINTING,
US PAINTING & DESIGN INC.,

Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

This civil action comes before the court on Plaintiffs Avina Painting Works LLC, Robert Avina, and Juan Francisco Flores' (collectively, "Plaintiffs") Unopposed Motion to Extend Stay 7 Days and Status Report, filed June 26, 2015 [#36] (the "Motion"). Pursuant to the Order Referring Case dated November 7, 2015 [#16], the Reassignment dated February 10, 2015 [#17], and the Memorandum dated June 29, 2015 [#37], the Motion is before this Magistrate Judge.

IT IS ORDERED that the Motion is GRANTED AS FOLLOWS. Accordingly, IT IS ORDERED THAT:

(1) Should settlement be completed within the Parties' revised contemplated time-frame, appropriate dismissal papers shall be filed with the court no later than **Monday, May 6, 2015**;
(2) Should settlement not be completed by that date, the court directs the Parties to collectively call chambers at 303-335-2600 on **Monday, May 6, 2015 at 4:30 p.m.** local time for a telephonic status conference.

DATED: June 30, 2015